UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM P. GUNKEL,

       Plaintiff,                                  Civil No. 07-370-HU

      v.                                       ORDER

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration

       Defendant.

HAGGERTY, Chief Judge:

      Magistrate Judge Hubel has issued a Findings and Recommendation [13] in this action. The Magistrate Judge recommended that the Commissioner's final decision should be affirmed and the case should be dismissed. No objections were filed, and the case was referred to me.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear

1 - ORDER

error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [13] is adopted and this case is dismissed.

IT IS SO ORDERED.

Dated this   3   day of January, 2008.


          /s/ Ancer L. Haggerty
          Ancer L. Haggerty
          United States District Judge

2 - ORDER