UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM P. GUNKEL,

    Plaintiff,

                                       Civil No. 07-370-HU

v.

                                       JUDGMENT

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

       Based on the Order adopting the Findings and Recommendation [13] of Magistrate Judge Hubel,

       IT IS ORDERED AND ADJUDGED that this case is DISMISSED.

       Dated this ___4___ day of January, 2008.

                                                    _____
                                                    Ancer L. Haggerty
                                                    United States District Judge